# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MANDY PIERCE**                                                    **PLAINTIFF**

**V.**                        **CASE NO.: 4:09CV00520 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT

PREJUDICE.

IT IS SO ORDERED this 20th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE